IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EVERICK L. MONK                                                                                    PLAINTIFF

VS.                                          Civil No. 1:11-cv-1054

BECKY PEARCE; T.A. PULLIG;
FORMER SHERIFF FOSTER;
FORMER CAPTAIN TRUMAN YOUNG;
LIEUTENANT JANET DELANEY;
FORMER SERGEANT DAVIS; and
NURSE MANESS                                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 15, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 35). Judge Bryant recommends that Separate Defendants Becky Pearce and T.A. Pullig's Motion to Dismiss (ECF No. 18) be granted and Plaintiff's claims against these Separate Defendants be dismissed with prejudice. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Separate Defendants Becky Pearce and T.A. Pullig's Motion to Dismiss (ECF No. 18) should be and hereby is **GRANTED**. Plaintiff's claims against these Separate Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 4th day of December, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge