IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EVERICK L. MONK                                                                               PLAINTIFF

VS.                                       Civil No. 1:11-cv-1054

FORMER SHERIFF FOSTER;
FORMER CAPTAIN TRUMAN YOUNG;
LIEUTENANT JANET DELANEY;
FORMER SERGEANT DAVIS; and
NURSE MANESS                                                                                DEFENDANTS

## ORDER

Before the Court is Plaintiff's Objection to Report and Recommendation. (ECF No. 47). Plaintiff's objection relates to the Report and Recommendation entered by the Honorable Barry A. Bryant on February 12, 2013. (ECF No. 42). Plaintiff did not file a timely objection to the Report and Recommendation, and on March 4, 2013, this Court adopted the Report and Recommendation *in toto* and the case was dismissed with prejudice. (ECF No. 43). After the case was dismissed, Plaintiff requested that he be given until April 1, 2013 to file an objection to the Report and Recommendation. The Court granted the extension and stated that a *de novo* review of the Report and Recommendation would be conducted if Plaintiff's objection was submitted by April 1, 2013. (ECF No. 46).

Plaintiff filed the present objection on May 2, 2013, over a month past the April 1, 2013 deadline. Accordingly, the objection is untimely and will not be considered. This case remains dismissed, and the Court will not consider granting any further extensions.

**IT IS SO ORDERED**, this 6th day of May, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge